Judge Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | NO. CR 13-067 RSM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | CONTINUING |
| | ) | TRIAL AND PRETRIAL |
| ISABEL ZUNIGA-CERVANTES, *et. al.* | ) | MOTIONS DATE |
| Defendant | ) | |

Based on the motion of defendants Zuniga-Cervantes and Zuniga-Ochoa to continue the trial date and pretrial motions deadline, the facts set forth which are hereby incorporated by reference and adopted its findings of fact, the court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C.§ 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C.§ 3161(h)(7)(B(i).

3. The defense needs additional time to review voluminous discovery and to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the speedy trial act and currently set for this case.  18 U.S.C.§ 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, continuance is necessary to allow the defendants the reasonable time for effective preparation of their defense.  18 U.S.C.§ 3161(h)(7)(B)(iv).

NOW, THEREFORE, IT IS HEREBY ORDERED that the parties unopposed motion is GRANTED.  The trial date in this case is continued from the current date of February 3, 2014 to March 3, 2014.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order, up to and including the new trial date of March 3, 2014 is hereby excluded for speedy trial purposes, 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C.§ 3161(h)(7)(B).

All pretrial motions, not including motions in limine, shall be filed no later than December 16, 2013.

DATED this 4 day of December 2013.

                    RICARDO S. MARTINEZ
                    UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TRIAL DATE                    TERRENCE KELLOGG
                    P.O. Box 70819
                    SEATTLE, WASHINGTON 98127
                    (206) 781-8181